PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Theodore V. Wells, Jr.
Daniel J. Toal[†]
Yahonnes S. Cleary[†]
Caitlin E. Grusauskas[†]
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

MARINO, TORTORELLA & BOYLE, P.C.
Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Defendants Exxon Mobil Corp.
and ExxonMobil Oil Corp.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP, EXXONMOBIL OIL CORP, ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP, CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>　　　　　Defendants. | Case No. 2:20-cv-14243-JMV-MF<br><br>Hon. John M. Vazquez, U.S.D.J.<br><br>**CONSENT ORDER ADMITTING DANIEL J. TOAL, YAHONNES CLEARY AND CAITLIN E. GRUSAUSKAS**<br><u>***PRO HAC VICE***</u> |

　　　THIS MATTER having been brought before the Court by John D. Tortorella, Esq. of Marino, Tortorella & Boyle, P.C., attorneys for Defendants Exxon Mobil Corp. and ExxonMobil Oil Corp. (collectively "ExxonMobil"), on a motion for an Order allowing Daniel J. Toal, Esq., Yahonnes Cleary, Esq., and Caitlin E. Grusauskas, Esq. of Paul, Weiss, Rifkind, Wharton & Garrison LLP to appear and participate *pro hac vice*; and all counsel having consented to the

---

[†] Application for admission *pro hac vice* pending.

admission *pro hac vice* of Messrs. Toal and Cleary and Ms. Grusauskas; and the Court having considered the moving papers; and for good cause shown;

IT IS on this 21st day of October, 2020

ORDERED that Daniel J. Toal, Yahonnes Cleary, and Caitlin E. Grusauskas, members of the Bar of the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Marino, Tortorella & Boyle, P.C., attorneys of record for ExxonMobil, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Daniel J. Toal, Yahonnes Cleary, and Caitlin E. Grusauskas each shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order; and it is further

ORDERED that Daniel J. Toal, Yahonnes Cleary, and Caitlin E. Grusauskas each shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

ORDERED that Daniel J. Toal, Yahonnes Cleary, and Caitlin E. Grusauskas each shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Daniel J. Toal, Yahonnes Cleary, and Caitlin E. Grusauskas each shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

                                                s/Mark Falk
                                              HONORABLE MARK FALK, U.S.M.J.