**K&L GATES LLP**
Loly G. Tor
One Newark Center, 10th Fl.
Newark, NJ 07102
Phone: (973) 848-4026
loly.tor@klgates.com
*Attorney for Defendants Royal Dutch*
*Shell plc and Shell Oil Company*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>Defendants. | Civil Action No. 2:20-cv-14243-JMV-MF<br><br>Hon. John Michael Vazquez, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF BRENDAN J. CRIMMINS** |

**THIS MATTER**, having been brought before the Court upon the application of K&L Gates LLP, attorneys for the Defendants Royal Dutch Shell plc and Shell Oil Company in the above-captioned matter, and with the consent of counsel for all parties, for the admission *pro hac vice* of Brendan J. Crimmins, Esq., and upon good cause appearing;

**IT IS**, on this 23rd day of October, 2020, hereby

**ORDERED** that Brendan J. Crimmins, Esq., a member in good standing of the Bars of the District of Columbia Court of Appeals, the United States District Court for the District of Columbia, the United States Supreme Court, the United States Court of Appeals for the D.C.

308087911.2

Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, and the United States Court of Appeals for the Tenth Circuit, is permitted to appear *pro hac vice* in the above-captioned matter before this Court pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a partner or associate with the law firm of K&L Gates LLP, attorneys of record for Defendants Royal Dutch Shell plc and Shell Oil Company who is admitted to the Bar of this Court and who shall be held responsible for said papers and for the conduct of the case and for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Brendan J. Crimmins, Esq., pursuant to L. Civ. R. 101.1(c) shall pay the annual fee to the New Jersey Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Brendan J. Crimmins, Esq., pursuant to Local Rule 101.1(c)(3), shall make payment of $150.00 to the Clerk of the Court; and it is further

**ORDERED** that Brendan J. Crimmins, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

308087911.2

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection.

s/Mark Falk
Hon. Mark Falk, U.S.M.J.
