# STERN KILCULLEN & RUFOLO, LLC

COUNSELORS AT LAW

HERBERT J. STERN*
KEVIN M. KILCULLEN+
PASQUALE J. RUFOLO
JOEL M. SILVERSTEIN*
MARK W. RUFOLO*
MICHAEL DINGER*
BRIAN J. DEBOER*
JOHN E. TRAVERS^
KENNETH DEL VECCHIO**
ROBERT W. FERGUSON*
EDWARD B. BECKER*
CORINNE M. MAROTTA
_____
JOSEPH A. ROMANO+
ALEXANDER P. FERSA

325 COLUMBIA TURNPIKE
SUITE 110, P.O. BOX 992
FLORHAM PARK, NEW JERSEY 07932-0992
TEL: 973-535-1900 * FAX: 973-535-9664

214 BRAZILIAN AVENUE
SUITE 270
PALM BEACH, FLORIDA 33480
561-721-6525

+Admitted in NJ and FL
*Admitted in NJ and NY
^Admitted In NJ, NY, PA and FL
**Admitted In NJ and PA

October 28, 2020

**Via ECF**
Honorable Mark Falk, Chief U.S.M.J.
United States District Court
Frank R. Lautenberg U.S. Post Office
    &amp; Courthouse
1 Federal Square
Newark, New Jersey 07102

      Re:   *City of Hoboken v. Exxon Mobil Corp., et al.*
            Case No.: 2:20-cv-14243-JMV-MF

Dear Judge Falk:

      We represent defendants Chevron Corp. and Chevron U.S.A. Inc. (together, the "Chevron Parties") in this action. In accordance with Your Honor's judicial preferences and Local Civil Rule 101.1(c), we submit this application for an Order allowing Theodore J. Boutrous, Jr., Thomas G. Hungar, Andrea E. Neuman, William E. Thomson, and Joshua D. Dick, each of the law firm Gibson, Dunn & Crutcher, LLP, to enter an appearance in this action *pro hac vice* on behalf of the Chevron Parties. Enclosed for the Court's consideration are the Certifications of Messrs. Boutrous, Hungar, Thomson, Dick, and Ms. Neuman, my own Certification as local counsel, and a proposed order.

*Honorable Mark Falk, Chief U.S.M.J.*
*October 28, 2020*
*Page 2 of 2*

      All counsel have consented to this application. If the application meets with Your Honor's approval, we ask that the Court enter the proposed order admitting Messrs. Boutrous, Hungar, Thomson, Dick, and Ms. Neuman *pro hac vice*.

      Thank you for your consideration of this application.

                                  Respectfully,

                                  */s/Joel M. Silverstein*
                                  Joel M. Silverstein

cc:    All counsel of record