UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>EXXON MOBIL CORP., et. al.,<br><br>　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:20-cv14243(JMV)(MF) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Michael K. Plumb
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Sean C. Grimsley

Address: Bartlit Beck LLP

1801 Wewatta Street

Suite 1200

Denver, CO 80202

E-mail: sean.grimsley@bartlitbeck.com
(One email address only)

DNJ-CMECF-002