**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**
Jonathan S. Abady, Esq. (*pro hac vice pending*)
Matthew D. Brinckerhoff, Esq. (*pro hac vice pending*)
Ananda V. Burra, Esq. (*pro hac vice pending*)
Max Selver, Esq. (*pro hac vice pending*)
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
Helen A. Nau, Esq. (Attorney No. 030181993)
60 Park Place, Suite 1100
Newark, NJ 07102
(973) 424-9777
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN,<br><br>                            Plaintiff,<br><br>        -against-<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>                            Defendants. | Civil Action No. 2:20-cv-14243<br>Hon. John Michael Vazquez, U.S.D.J.<br>Hon. Mark Falk, U.S.M.J.<br><br>**PLAINTIFF'S MOTION**<br>**TO REMAND** |

**PLEASE TAKE NOTICE** that Plaintiff, the City of Hoboken, will move before the Honorable John Michael Vazquez on or after February 26, 2021, for an Order remanding this

case to the New Jersey Superior Court in Hudson County where it originated, pursuant to 28 U.S.C. § 1447(c).

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Stipulation and Order to Modify Briefing Schudules and Page Limits, so ordered by this Court on October 20, 2020, ECF. No. 40: (1) Plaintiff will file its papers, briefs and materials supporting its motion for remand by no later than December 11, 2020; (2) Defendants will file their papers, briefs and materials in opposition to the motion for remand by no later than January 29, 2021; and (3) Plaintiff will file its reply papers in further support of the motion on February 26, 2021.

Dated: November 5, 2020

          **KROVATIN NAU LLC**
          60 Park Place, Suite 1100
          Newark, NJ 07102
          (973) 424-9777

          By:   /s/ Gerald Krovatin
                 Gerald Krovatin

          **EMERY CELLI BRINCKERHOFF**
          **ABADY WARD & MAAZEL LLP**
          600 Fifth Avenue, 10th Floor
          New York, New York 10020
          (212) 763-5000

          By:   /s/ Jonathan S. Abady
                 Jonathan S. Abady, Esq. (*pro hac vice pending*)
                 Matthew D. Brinckerhoff, Esq. (*pro hac vice pending*)
                 Ananda V. Burra, Esq. (*pro hac vice pending*)
                 Max Selver, Esq. (*pro hac vice pending*)
                 600 Fifth Avenue, 10th Floor
                 New York, New York 10020
                 (212) 763-5000

          *Attorneys for Plaintiff*

## CERTIFICATION OF SERVICE

I hereby certify that on this day I caused to be served via ECF Plaintiff's Motion to Remand on all counsel in this matter.

I certify that the above statements made by me are true. I am aware that if any statements made by me are willfully false, I am subject to punishment.

/s/Gerald Krovatin
Gerald Krovatin

Dated: November 5, 2020