# Arnold & Porter

**Paul J. Fishman**
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

November 9, 2020

**VIA ECF**

Honorable Mark Falk, Chief U.S.M.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office &
Courthouse Building
Two Federal Square
Newark, New Jersey 07102

      Re:    *City of Hoboken v. Exxon Mobil Corp., et al.*, Case No. 2:20-cv-14243-JMV-MF

Dear Judge Falk:

    Arnold & Porter Kaye Scholer LLP represents BP plc and BP America Inc. in the above-referenced matter. In accordance with Local Civil Rule 101.1(c) and Your Honor's individual practices, we make this application for the admission *pro hac vice* of Nancy G. Milburn.[1] All parties consent to this application.

    In support of this application I have attached my own declaration certifying compliance with Local Civil Rule 101.1(c), as well as the declaration of Ms. Milburn, which certifies the status of her bar admissions and good standing. I have also enclosed a proposed form of Order.

                            Respectfully,

                             /s/ Paul J. Fishman
                             Paul J. Fishman

cc: All Counsel of Record (via email and ECF)

---

[1] BP plc and BP America Inc. make this application without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, and/or insufficient service of process pursuant to Rule 12(b)(2), (b)(4), and/or (b)(5).