STERN KILCULLEN & RUFOLO, LLC
Herbert J. Stern
  hstern@sgklaw.com
Joel M. Silverstein
  jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Defendants*
*Chevron Corp. and Chevron U.S.A. Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CITY OF HOBOKEN<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>Defendants. | Case No. 2:20-cv-14243<br><br>**CONSENT ORDER GRANTING** ***PRO HAC VICE*** **ADMISSION**<br><br>*Electronically Filed* |

**THIS MATTER** having been brought before the Court by Stern Kilcullen & Rufolo, LLC, counsel for Defendants Chevron Corporation and Chevron, U.S.A. Inc. (together, the "Chevron Parties"), for an Order permitting Erica W. Harris of the law firm Susman Godfrey LLP, to appear and participate as counsel for the Chevron Parties *pro hac vice* pursuant to United States District Court for the District of New Jersey Local Civil Rule 101.1(c); and all counsel having consented; and the Court having considered the papers filed in support of said application; and for other good cause shown;

**IT IS** on this 18th day of December, 2020,

**ORDERED** that the application for the *pro hac vice* admission of Erica W. Harris as counsel for the Chevron Parties in this action is hereby **GRANTED**; and it is further

**ORDERED** that Erica W. Harris is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the purpose of entering an appearance on behalf of the Chevron Parties in this matter; and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of the law firm of Stern Kilcullen & Rufolo, LLC, attorneys of record for the Chevron Parties, who is admitted to the Bar of this Court, and who shall be held responsible for said papers and for the conduct of the case,

and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Erica W. Harris shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Rule 103.1 and Local Civil Rule 104.1; and it is further

**ORDERED** that Erica W. Harris shall, for the duration of the time she serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Erica W. Harris shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

**SO ORDERED.**

                              s/Mark Falk_____
                              HON. MARK FALK, U.S.M.J.