

**Krovatin | Nau LLC**
ATTORNEYS AT LAW

60 Park Place, Suite 1100
Newark, New Jersey 07102
973-424-9777  Fax 973-424-9779
www.krovatin.com

Gerald Krovatin
Helen A. Nau*

Also Admitted in NY*

April 16, 2021

**VIA ELECTRONIC FILING**

Honorable Mark Falk, Chief
 United States Magistrate Judge
United States District Court
Frank R. Lautenberg U.S. Post Office
 & Courthouse Building
One Federal Square
Newark, New Jersey  07102

      Re:    City of Hoboken v. Exxon Mobil Oil Corp., et al.
               Civil Action No. 2:20-cv-14243 (JMV-MF)

Dear Chief Judge Falk:

      I write in response to the Court's Text Order of today's date (ECF 111), which directs us to submit a proposed form of Order in connection with Plaintiff's pro hac vice applications.

      Please note that we did submit a form of Order and Your Honor executed and filed it on November 5, 2020, see ECF 72. I enclose a copy of that Order for the Court's reference. If there is anything else that the Court requires in connection with this issue, kindly so advise.

      Thank you for your attention to this matter.

      Respectfully submitted,

      /s/Gerald Krovatin

Cc:    All counsel of record

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Jonathan S. Abady, Esq. (*pro hac vice*)
Matthew D. Brinckerhoff, Esq. (*pro hac vice*)
Ananda V. Burra, Esq. (*pro hac vice*)
Max Selver, Esq. (*pro hac vice*)
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

**KROVATIN NAU LLC**
Gerald Krovatin, Esq. (Attorney No. 024351977)
Helen A. Nau, Esq. (Attorney No. 030181993)
60 Park Place, Suite 1100
Newark, NJ 07102
(973) 424-9777

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN,<br><br>Plaintiff,<br><br>-against-<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>Defendants. | Civil Action No. 2:20-cv-14243 (JMV-MF)<br><br>**CONSENT ORDER ADMITTING COUNSEL PRO HAC VICE**<br><br>**ELECTRONICALLY FILED DOCUMENT** |

**THIS MATTER** having been opened to the Court by Krovatin Nau LLC attorneys for Plaintiff City of Hoboken for an Order permitting Jonathan S. Abady, Esq., Matthew D. Brinckerhoff, Esq., Ananda V. Burra, Esq., and Max Selver, Esq., of the law firm Emery Celli

Brinckerhoff Abady Ward & Maazel LLP to appear and to participate *pro hac vice* in this matter and the Court having considered the Certifications of Jonathan S. Abady, Matthew D. Brinckerhoff, Ananda V. Burra and Max Selver in support of this application, and upon good cause appearing;

**IT IS** on this 5 day of November 2020

**ORDERED** that Jonathan S. Abady, Esq., Matthew D. Brinckerhoff, Esq., Ananda V. Burra, and Max Selver, Esq. to be permitted to appear *pro hac vice* in the above captioned matter pursuant to Local Civil Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by a member or associate of the firm of Krovatin Nau LLC, attorneys of record for the Plaintiff, who shall be held responsible for said papers and for the conduct of the cause, and who shall be present in Court during all steps of this proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted; and it is further

**ORDERED** that Jonathan S. Abady, Matthew D. Brinckerhoff, Ananda V. Burra and Max Selver shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Fund for Client Protection; and it is further

**ORDERED** that Jonathan S. Abady, Matthew D. Brinckerhoff, Ananda V. Burra, and Max Selver shall comply with the provisions of L.Civ.R.101(c)(3) and submit payment to the United States District Court, District of New Jersey; and it is further

ORDERED that my firm will be responsible for the filings of all pleadings, briefs, stipulations other papers filed with the Court on behalf of Plaintiff.

_____
**Honorable Mark Falk**
Chief United States Magistrate Judge