| | |
|---|---|
| CITY OF HOBOKEN,<br><br>        Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:20-cv-14243-JMV-MF<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>**ORDER ADMITTING<br>KATHRYN M. BARBER**<br>*PRO HAC VICE* |

**THIS MATTER** having been opened to the Court by Anthony J. Zarillo, Jr., Esq. of Riker Danzig Scherer Hyland & Perretti LLP, counsel for Defendant American Petroleum Institute ("Defendant"), seeking the entry of an Order admitting Kathryn M. Barber, Esq. *pro hac vice* pursuant to L. Civ. R. 101.1(c) for the purposes of appearing as co-counsel on behalf of Defendant in the above-captioned matter, and the Court having read and considered the supporting certifications compliant with Local Rule 101.1(c); and for good cause having been shown,

**IT IS** on this 19th day of May, 2021,

**ORDERED** that Kathryn M. Barber, Esq. is admitted *pro hac vice* as counsel for Defendant in the above-captioned case, provided that all pleadings, briefs, and other papers filed with the Court shall be signed by local counsel of record who is a member in good standing of the New Jersey Bar; and

1

2

**IT IS FURTHER ORDERED** that, pursuant to District of New Jersey Local Civil Rule 101.1(c)(2), the Ms. Barber shall make a payment to the New Jersey Lawyers' Fund for Client Protection (the "<u>Fund</u>") as provided by New Jersey Court Rule 1:28-2(a); and

**IT IS FURTHER ORDERED** that, pursuant to District of New Jersey Local Civil Rule 101.1(c)(3), Ms. Barber shall make a one-time payment of $150.00 payable to the clerk, U.S.D.C.; and

**IT IS FURTHER ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of the Fund within five (5) days of its date of entry.

 

_____
s/Mark Falk
HON. MARK FALK, U.S.M.J.