UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CITY OF HOBOKEN,

    *Plaintiff*,

v.

EXXON MOBIL CORP., ET AL.,

    *Defendants*.

Civil Action No. 20-cv-14243

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the foregoing reasons, and for good cause shown,

    IT IS on this 8th day of September 20201,

    **ORDERED** that Plaintiff's motion to remand, D.E. 94, is **GRANTED**; and it is further

    **ORDERED** that this matter is remanded to the Superior Court of New Jersey, Hudson County, Law Division; and it is further

    **ORDERED** that Defendants' motion to strike, D.E. 106, is **DENIED**; and it is further

    **ORDERED** that the Clerk of the Court is directed to close this matter.

                                                   John Michael Vazquez, U.S.D.J.