# STERN KILCULLEN & RUFOLO, LLC

COUNSELORS AT LAW

HERBERT J. STERN*
KEVIN M. KILCULLEN+
PASQUALE J. RUFOLO
JOEL M. SILVERSTEIN*
MARK W. RUFOLO*
MICHAEL DINGER*
JOHN E. TRAVERS^
KENNETH DEL VECCHIO**
ROBERT W. FERGUSON~
EDWARD B. BECKER*
CORINNE M. MAROTTA

ALEXANDER P. FERSA+

325 COLUMBIA TURNPIKE
SUITE 110, P.O. BOX 992
FLORHAM PARK, NEW JERSEY 07932-0992
TEL: 973-535-1900 * FAX: 973-535-9664

214 BRAZILIAN AVENUE
SUITE 270
PALM BEACH, FLORIDA 33480
561-721-6525

+Admitted in NJ and FL
*Admitted in NJ and NY
^Admitted In NJ, NY, PA and FL
~Admitted in NJ, NY and FL
**Admitted In NJ and PA

September 8, 2021

**VIA ECF**
Hon. John M. Vazquez, U.S.D.J.
United States District Court
for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Case No. 20-cv-14243, City of Hoboken v. Exxon Mobil, et al.

Dear Judge Vazquez:

Defendants write to respectfully request that the Court temporarily stay the execution of its order granting Plaintiff's motion to remand (the "Order"), Dkt. 122, to allow Defendants time to file a formal motion to stay remand pending appeal, which Defendants will file within ten days or as soon as the Court requests.[1]   Defendants further request that the Court instruct the Court Clerk not to send a certified copy of the Order to the New Jersey Superior Court, in order to preserve the status quo until such time as Defendants' request for a stay pending appeal has been fully resolved. Defendants attempted to confer with Plaintiff, but did not receive a response prior to filing this emergency request.

Approximately one hour ago, the Court granted Plaintiff's motion to remand, holding that the Court does not have jurisdiction over Plaintiff's claims.  Dkt. 122.  Defendants will be appealing this decision to the Third Circuit, and also intend to file a motion to stay remand pending the appeal.  Defendants have a right to appeal the Order because they removed this case under the federal officer removal statute, 28 USC § 1442.  While generally "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal," an "order remanding a case to the State court from which it was removed pursuant to section 1442 or 1443 of this title

---

[1] This letter is submitted subject to, and without waiver of, any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

Hon. John M. Vazquez, U.S.D.J.
September 8, 2021
Page 2

shall be reviewable by appeal or otherwise." 28 U.S.C. § 1447(d). Defendants also removed this case under the Class Action Fairness Act ("CAFA"), which codifies a statutory right to seek an appeal of the remand order. See 28 U.S.C. § 1453(c). The Supreme Court recently made clear that on appeal a court may review "any issue fairly encompassed within" a remand order of a case removed pursuant to the federal officer removal statute. *BP P.L.C. v. Mayor & City Council of Baltimore*, 141 S. Ct. 1532, 1540, 1542 (2021).

A temporary stay is warranted here to preserve Defendants' appellate rights and spare the parties and the New Jersey Superior Court from what could be a substantial amount of unnecessary and ultimately futile litigation. If the Clerk were to transmit the remand order to the New Jersey Superior Court, "[t]he State court may thereupon proceed with such case." 28 U.S.C. § 1447(c). As will be explained further in Defendants' forthcoming motion to stay remand pending appeal, Defendants' appeal will present serious legal issues, including questions of first impression in the Third Circuit. Indeed, the Third Circuit has not yet considered the propriety of any of the grounds for removal asserted by Defendants in a climate change-related action and will be able to consider all of Defendants' grounds for removal on appeal. See *Baltimore*, 141 S. Ct. at 1540, 1542.[2] Absent a stay, Defendants face irreparable harm, whereas a stay would cause Plaintiff no prejudice and, in fact, would serve the public interest and the interests of judicial economy.

Over the past four years, approximately 23 other state and municipal entities have filed similar climate change actions in courts across the country, all of which involve significant national interests. In light of these significant national interests, this Court should allow Defendants time to seek a stay of remand pending appeal to the Third Circuit. *See, e.g., Northrup Grumman Tech. v. DynCorp Int'l*, LLC, No. 1:16-cv-00534-JCC-IDD, 2016 WL 3180775, at *2 (E.D. Va. June 7, 2016) (directing clerk to "refrain from executing the Court's Order . . . remanding the case back to the Circuit Court" so the parties could brief a stay of the remand order pending appeal), *aff'd*, 865 F.3d 181 (4th Cir. 2017).

Indeed, in prior climate change-related cases, federal courts in California, Hawaii, Rhode Island, Minnesota, Connecticut and Maryland allowed defendants time to brief a motion to stay pending appeal after a grant of remand. *See, e.g.,* Order Granting Motions to Remand, *County of San Mateo v. Chevron Corp. et al.*, No. 17-4929 (N.D. Cal. Mar. 16, 2018), ECF No. 223 at 5–6; Order, *City & County of Honolulu v. Sunoco LP*, No. 20-163 (D. Haw. Feb. 16, 2021), ECF. No. 130; Order, *County of Maui v. Chevron U.S.A. Inc.*, No. 20-470 (D. Haw. Feb. 16, 2021), ECF. No. 101; Opinion and Order, *State of Rhode Island v. Chevron Corp. et al.*, No. 18-395 (D.R.I. July 22, 2019), ECF No. 122 at 16–17; Order, *Minnesota v. Am. Petroleum Inst.*, No. 20-1636 (D. Minn. Apr. 7, 2021), ECF No. 86; Order, *Connecticut v. Exxon Mobil Corp.*, No. 20-1555 (D. Conn. June 11, 2021), ECF No. 56 Memorandum Opinion, *Mayor and City Council of Baltimore v. BP P.L.C. et al.*, No. 18-2357 (D. Md. June 20, 2019), ECF No. 182 at 3.

---

[2] Following *Baltimore*, many other appellate courts will also soon address, for the first time, the propriety of several removal grounds asserted in climate change-related actions. *See, e.g., Shell Oil Prods. Co. v. Rhode Island*, No. 20-900, 2021 WL 2044535 (U.S. May 24, 2021); *Chevron Corp. v. County of San Mateo*, No. 20-884, 2021 WL 2044534 (U.S. May 24, 2021); *Suncor Energy, Inc. v. Board of County Commissioners of Boulder County*, No. 20-783, 2021 WL 2044533, at *1 (U.S. May 24, 2021).

Hon. John M. Vazquez, U.S.D.J.
September 8, 2021
Page 3

Judge Chhabria of the Northern District of California, for example, stayed execution of his remand order to allow defendants an opportunity to file a motion to stay pending appeal and then, in granting defendants' motion, explained: "[t]he Court finds that the[r]e are controlling questions of law as to which there is substantial ground for difference of opinion and that their resolution by the court of appeals will materially advance the litigation." Order Granting Motions to Stay, *County of San Mateo v. Chevron Corp. et al.*, No. 17-4929 (N.D. Cal. Apr. 9, 2018), ECF No. 240. Most recently, Chief Judge Tunheim of the District of Minnesota stayed execution of his remand order pending appeal, concluding that "this action raises weighty and significant questions that intersect with rapidly evolving areas of legal thought." *Minnesota v. American Petroleum Institute*, 2021 WL 3711072, at *2 (D. Minn. Aug. 20, 2021) (emphasis added). More specifically, the court found that "the Second Circuit's decision in *City of New York* provides a legal justification for addressing climate injuries through the framework of federal common law," id., and "the *Baltimore* decision increases the likelihood that an appellate court will determine that certain climate change claims arise exclusively under federal law," *id.* at *3. The Court also noted that this "is not a case of applying thoroughly developed law to well-tread factual patterns; when it comes to questions of the proper forum for adjudicating harms related to climate change, 'the legal landscape is shifting beneath [our] feet.'" *Id.* at *4. For these and other reasons, the court concluded: "Considerations of judicial economy and conservation of resources also weigh in favor of staying execution of the remand order as the Eighth Circuit determines whether the state or federal court has jurisdiction over this matter." *Id.* The same is true here—given the shifting "legal landscape," it makes eminent sense to stay the remand Order until the Third Circuit has the opportunity to weigh in on these important issues. *Id.*

For these reasons, Defendants respectfully ask the Court to temporarily stay execution of the Order and instruct the Court Clerk not to send a certified copy of the Order to the New Jersey Superior Court, pending briefing on Defendants' forthcoming motion to stay, which Defendants will file within ten days or as soon as the Court requests. Attached is a proposed order granting the requested relief.

Thank you for your consideration of this request.

                            Respectfully submitted,

                            By: */s/ Herbert J. Stern*
                                Herbert J. Stern

                                STERN, KILCULLEN & RUFOLO, LLC
                                Herbert J. Stern
                                  hstern@sgklaw.com
                                Joel M. Silverstein
                                  jsilverstein@sgklaw.com
                                325 Columbia Turnpike, Suite 110
                                Florham Park, New Jersey 07932-0992
                                Telephone: 973.535.1900
                                Facsimile: 973.535.9664

*Hon. John M. Vazquez, U.S.D.J.*
*September 8, 2021*
*Page 4*

By: */s/ Paul J. Fishman*
Paul J. Fishman

ARNOLD & PORTER KAYE
SCHOLER LLP
Paul J. Fishman
  paul.fishman@arnoldporter.com
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 776-1901
Facsimile: (973) 776-1919

Nancy Milburn, *pro hac vice*
  nancy.milburn@arnoldporter.com
Diana Reiter, *pro hac vice*
  diana.reiter@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Matthew T. Heartney, *pro hac vice*
  matthew.heartney@arnoldporter.com
John D. Lombardo, *pro hac vice*
  john.lombardo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Jonathan W. Hughes, *pro hac vice*
  jonathan.hughes@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

*Attorneys for Defendants*
*BP plc and BP America Inc.*


By: */s/ Kevin H. Marino*
Kevin H. Marino

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr. (pro hac vice)
  tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

William E. Thomson, *pro hac vice*
  wthomson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Andrea E. Neuman, *pro hac vice*
  aneuman@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

Thomas G. Hungar, *pro hac vice*
  thungar@gibsondunn.com
1050 Connecticut Avenue, N.W.,
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

Joshua D. Dick, *pro hac vice*
  jdick@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8451

SUSMAN GODFREY L.L.P
Erica W. Harris, *pro hac vice*
  eharris@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

MARINO, TORTORELLA & BOYLE, P.C.
Kevin H. Marino
  kmarino@khmarino.com
John D. Tortorella
  jtortorella@khmarino.com
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr.
  twells@paulweiss.com
Daniel J. Toal, *pro hac vice*
  dtoal@paulweiss.com
Yahonnes Cleary, *pro hac vice*
  ycleary@paulweiss.com
Caitlin E. Grusauskas, *pro hac vice*
  cgrusauskas@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Exxon Mobil Corp. and ExxonMobil Oil Corp.*


By: *Anthony P. Callaghan*
Anthony P. Callaghan

GIBBONS P.C.
Anthony P. Callaghan, Esq.
Thomas R. Valen, Esq.
Sylvia-Rebecca Gutiérrez, Esq.
One Gateway Center
Newark, NJ  07102
Tel:  (973) 596-4500
Fax:  (973) 596-0545
acallaghan@gibbonslaw.com
tvalen@gibbonslaw.com
sgutierrez@gibbonslaw.com

*Attorneys for Defendants Chevron Corp and Chevron U.S.A. Inc.*


By: */s/ Anthony J. Zarillo, Jr.*
Anthony J. Zarillo, Jr.

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Anthony J. Zarillo, Jr.
  azarillo@riker.com
Jeffrey M. Beyer
  jbeyer@riker.com
One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: 973.538.0800
Facsimile: 973.451.3708

MCGUIREWOODS LLP
Andrew G. McBride, *pro hac vice*
  amcbride@mcguirewoods.com
2001 K Street N.W.
Suite 400
Washington, DC 20006-1040
Telephone: 202.857.2487
Facsimile: 202.828.2987

Brian D. Schmalzbach, *pro hac vice*
 bschmalzbach@mcguirewoods.com
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.4746
Facsimile: 804.698.2304

*Attorneys for Defendant American Petroleum Institute*


By: */s/ Loly G. Tor*
Loly G. Tor

K&L GATES LLP
Loly G. Tor
  loly.tor@klgates.com
One Newark Center, 10th Fl.

*Hon. John M. Vazquez, U.S.D.J.*
*September 8, 2021*
*Page 6*

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
  Steven.Bauer@lw.com
Margaret A. Tough, *pro hac vice*
  Margaret.Tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*


By: */s/ Jeffrey S. Chiesa*
Jeffrey S. Chiesa

CHIESA SHAHINIAN & GIANTOMASI PC
Jeffrey S. Chiesa
  jchiesa@csglaw.com
Dennis M. Toft
  dtoft@csglaw.com
Michael K. Plumb
  mplumb@csglaw.com
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501

BARTLIT BECK LLP
Jameson R. Jones, *pro hac vice*
  jameson.jones@bartlitbeck.com
Daniel R. Brody, *pro hac vice*
  dan.brody@bartlitbeck.com
1801 Wewatta Street
Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
  Steven.Bauer@lw.com
Margaret A. Tough, *pro hac vice*

Newark, NJ 07102
Phone: (973) 848-4026

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
David C. Frederick, *pro hac vice*
  dfrederick@kellogghansen.com
Grace W. Knofczynski, *pro hac vice*
  gknofczynski@kellogghansen.com
Daniel S. Severson, *pro hac vice*
  dseverson@kellogghansen.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900

*Attorneys for Defendants Royal Dutch Shell plc and Shell Oil Company*

*Hon. John M. Vazquez, U.S.D.J.*
*September 8, 2021*
*Page 7*

  Margaret.Tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendants*
*ConocoPhillips and ConocoPhillips*
*Company*