STERN KILCULLEN & RUFOLO, LLC
Herbert J. Stern
  hstern@sgklaw.com
Joel M. Silverstein
  jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice*
  tboutrous@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendants*
*Chevron Corp. and Chevron U.S.A. Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF HOBOKEN<br><br>   Plaintiff,<br><br>   v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC., CHEVRON CORP., CHEVRON U.S.A. INC., CONOCOPHILLIPS, CONOCOPHILLIPS COMPANY, PHILLIPS 66, PHILLIPS 66 COMPANY, AMERICAN PETROLEUM INSTITUTE,<br><br>   Defendants. | Case No. 2:20-cv-14243 JMV-MF<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

# NOTICE OF APPEAL

Notice is given that Defendants Exxon Mobil Corp., ExxonMobil Oil Corp., Royal Dutch Shell plc, Shell Oil Company, BP plc, BP America Inc., Chevron Corp., Chevron U.S.A. Inc., ConocoPhillips, ConocoPhillips Company, Phillips 66, Phillips 66 Company, and American Petroleum Institute, pursuant to 28 U.S.C. §§ 1291 and 1447(d), appeal to the United States Court of Appeals for the Third Circuit from the Order granting Plaintiff's Motion to Remand, ECF No. 122, and corresponding memorandum opinion, ECF No. 121, both entered in this action on September 8, 2021.[1]

---

[1] This Notice of Appeal is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction.

1

Respectfully submitted,

Dated: September 14, 2021
Florham Park, New Jersey

| | |
|---|---|
| By: */s/ Paul J. Fishman*  <br>Paul J. Fishman | By: */s/ Herbert J. Stern*  <br>Herbert J. Stern |
| ARNOLD & PORTER KAYE SCHOLER LLP<br>Paul J. Fishman<br>  paul.fishman@arnoldporter.com<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 776-1901<br>Facsimile: (973) 776-1919 | STERN, KILCULLEN & RUFOLO, LLC<br>Herbert J. Stern<br>  hstern@sgklaw.com<br>Joel M. Silverstein<br>  jsilverstein@sgklaw.com<br>325 Columbia Turnpike, Suite 110<br>Florham Park, New Jersey 07932-0992<br>Telephone: 973.535.1900<br>Facsimile: 973.535.9664 |
| Nancy G. Milburn, *pro hac vice*<br>  nancy.milburn@arnoldporter.com<br>Diana E. Reiter, *pro hac vice*<br>  diana.reiter@arnoldporter.com<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous, Jr., *pro hac vice*<br>  tboutrous@gibsondunn.com<br>William E. Thomson, *pro hac vice*<br>  wthomson@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520 |
| Matthew T. Heartney, *pro hac vice*<br>  matthew.heartney@arnoldporter.com<br>John D. Lombardo, *pro hac vice*<br>  john.lombardo@arnoldporter.com<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199 | Andrea E. Neuman, *pro hac vice*<br>  aneuman@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 |
| Jonathan W. Hughes, *pro hac vice*<br>  jonathan.hughes@arnoldporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3156<br>Facsimile: (415) 471-3400 | Thomas G. Hungar, *pro hac vice*<br>  thungar@gibsondunn.com<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| *Attorneys for Defendants*<br>*BP plc and BP America Inc.* | Joshua D. Dick, *pro hac vice*<br>  jdick@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.374.8451 |

By: */s/ Kevin H. Marino*
Kevin H. Marino

MARINO, TORTORELLA & BOYLE, P.C.
Kevin H. Marino
  kmarino@khmarino.com
John D. Tortorella
  jtortorella@khmarino.com
437 Southern Boulevard
Chatham, NJ 07928
Tel: (973) 824-9300
Fax: (973) 824-8425

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells, Jr.
  twells@paulweiss.com
Daniel J. Toal, *pro hac vice*
  dtoal@paulweiss.com
Yahonnes Cleary, *pro hac vice*
  ycleary@paulweiss.com
Caitlin E. Grusauskas, *pro hac vice*
  cgrusauskas@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Exxon Mobil Corp. and ExxonMobil Oil Corp.*


By: *Anthony P. Callaghan*
Anthony P. Callaghan

GIBBONS P.C.
Anthony P. Callaghan, Esq.
Thomas R. Valen, Esq.
Sylvia-Rebecca Gutiérrez, Esq.
One Gateway Center
Newark, NJ  07102
Tel:  (973) 596-4500
Fax:  (973) 596-0545
acallaghan@gibbonslaw.com
tvalen@gibbonslaw.com
sgutierrez@gibbonslaw.com

SUSMAN GODFREY L.L.P
Erica W. Harris, *pro hac vice*
  eharris@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Defendants Chevron Corp. and Chevron U.S.A. Inc.*


By: */s/ Anthony J. Zarillo, Jr.*
Anthony J. Zarillo, Jr.

RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
Anthony J. Zarillo, Jr.
  azarillo@riker.com
Jeffrey M. Beyer
  jbeyer@riker.com
One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: 973.538.0800
Facsimile: 973.451.8343

MCGUIREWOODS LLP
Andrew G. McBride, *pro hac vice*
  amcbride@mcguirewoods.com
2001 K Street N.W.
Suite 400
Washington, DC 20006-1040
Telephone: 202.857.2487
Facsimile: 202.828.2987

Brian D. Schmalzbach, *pro hac vice*
  bschmalzbach@mcguirewoods.com
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.4746
Facsimile: 804.698.2304

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
　Steven.Bauer@lw.com
Margaret A. Tough, *pro hac vice*
　Margaret.Tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*


By: */s/ Jeffrey S. Chiesa*
Jeffrey S. Chiesa

CHIESA SHAHINIAN & GIANTOMASI PC
Jeffrey S. Chiesa
　jchiesa@csglaw.com
Dennis M. Toft
　dtoft@csglaw.com
Michael K. Plumb
　mplumb@csglaw.com
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 325-1500
Facsimile: (973) 325-1501

BARTLIT BECK LLP
Jameson R. Jones, *pro hac vice*
　jameson.jones@bartlitbeck.com
Daniel R. Brody, *pro hac vice*
　dan.brody@bartlitbeck.com
1801 Wewatta Street
Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

Kathryn M. Barber, *pro hac vice*
　kbarber@mcguirewoods.com
800 East Canal Street
Richmond, VA 23219
Telephone: 804.775.1227
Facsimile: 804.698.2227

*Attorneys for Defendant American Petroleum Institute*


By: */s/ Loly G. Tor*
Loly G. Tor

K&L GATES LLP
Loly G. Tor
　loly.tor@klgates.com
One Newark Center, 10th Fl.
Newark, NJ 07102
Phone: (973) 848-4026

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
David C. Frederick, *pro hac vice*
　dfrederick@kellogghansen.com
Grace W. Knofczynski, *pro hac vice*
　gknofczynski@kellogghansen.com
Daniel S. Severson, *pro hac vice*
　dseverson@kellogghansen.com
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900

*Attorneys for Defendants Royal Dutch Shell plc and Shell Oil Company*

LATHAM & WATKINS LLP
Steven M. Bauer, *pro hac vice*
  Steven.Bauer@lw.com
Margaret A. Tough, *pro hac vice*
  Margaret.Tough@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 391-0600
Fax: (415) 395-8095

*Attorneys for Defendants*
*ConocoPhillips and ConocoPhillips Company*

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, Defendants submit this Representation Statement. The following list identifies all parties to the action, and also identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellee CITY OF HOBOKEN | Gerald Krovatin<br>Helen A. Nau<br>KROVATIN NAU LLC<br>60 Park Place, Suite 1100<br>Newark, NJ 07102<br>Telephone: (973) 424-8777<br>Facsimile: (973) 424-9779<br>E-mail: gkrovatin@krovatin.com<br>E-mail: hnau@krovatin.com<br><br>Jonathan S. Abady<br>Matthew D. Brinckerhoff<br>Ananda V. Burra<br>Max Selver<br>EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP<br>600 Fifth Avenue, 10th Floor<br>New York, New York 10020<br>Telephone: (212) 763-5000 |
| Defendants-Appellants Chevron Corp. and Chevron U.S.A., Inc. | Herbert J. Stern<br>Joel M. Silverstein<br>STERN, KILCULLEN & RUFOLO, LLC<br>325 Columbia Turnpike, Suite 110<br>Florham Park, New Jersey 07932-0992<br>Telephone: 973.535.1900<br>Facsimile: 973.535.9664<br>E-mail: hstern@sgklaw.com<br>E-mail: jsilverstein@sgklaw.com |

|  | Theodore J. Boutrous, Jr.<br>William E. Thomson<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>E-mail: tboutrous@gibsondunn.com<br>E-mail: wthomson@gibsondunn.com<br><br>Andrea E. Neuman<br>GIBSON, DUNN & CRUTCHER, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br>E-mail: aneuman@gibsondunn.com<br><br>Thomas G. Hungar<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, N.W.,<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>E-mail: thungar@gibsondunn.com<br><br>Joshua D. Dick<br>GIBSON, DUNN & CRUTCHER, LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.374.8451<br>E-mail: jdick@gibsondunn.com<br><br>Erica W. Harris<br>SUSMAN GODFREY L.L.P<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>E-mail: eharris@susmangodfrey.com |
|---|---|

| | |
|---|---|
| Defendants-Appellants Royal Dutch Shell plc and Shell Oil Company | Loly G. Tor<br>K&L GATES LLP<br>One Newark Center, 10th Fl.<br>Newark, NJ 07102<br>Phone: (973) 848-4026<br>E-mail: loly.tor@klgates.com<br><br>David C. Frederick<br>Grace W. Knofczynski<br>Daniel S. Severson<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 326-7900<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: gknofczynski@kellogghansen.com<br>E-mail: dseverson@kellogghansen.com |
| Defendants-Appellants BP plc and BP America Inc. | Paul J. Fishman<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 776-1901<br>Facsimile: (973) 776-1919<br>E-mail: paul.fishman@arnoldporter.com<br><br>Nancy G. Milburn<br>Diana E. Reiter<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>nancy.milburn@arnoldporter.com<br>diana.reiter@arnoldporter.com |

|  | Matthew T. Heartney<br>John D. Lombardo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail: matthew.heartney@arnoldporter.com<br>E-mail: john.lombardo@arnoldporter.com<br><br>Jonathan W. Hughes<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3156<br>Facsimile: (415) 471-3400<br>E-mail: jonathan.hughes@arnoldporter.com |
|---|---|
| Defendants-Appellants Exxon Mobil Corp. and ExxonMobil Oil Corp. | Kevin H. Marino<br>John D. Tortorella<br>MARINO, TORTORELLA & BOYLE, P.C.<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>Tel: (973) 824-9300<br>Fax: (973) 824-8425<br>E-mail: kmarino@khmarino.com<br>E-mail: jtortorella@khmarino.com<br><br>Theodore V. Wells, Jr.<br>Daniel J. Toal<br>Yahonnes Cleary<br>Caitlin E. Grusauskas<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>E-mail: twells@paulweiss.com<br>E-mail: dtoal@paulweiss.com<br>E-mail: ycleary@paulweiss.com<br>E-mail: cgrusauskas@paulweiss.com |

| | |
|---|---|
| Defendants-Appellants ConocoPhillips and ConocoPhillips Company | Jeffrey S. Chiesa<br>Dennis M. Toft<br>Michael K. Plumb<br>CHIESA SHAHINIAN & GIANTOMASI PC<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Telephone: (973) 325-1500<br>Facsimile: (973) 325-1501<br>E-mail: jchiesa@csglaw.com<br>E-mail: dtoft@csglaw.com<br>E-mail: mplumb@csglaw.com<br><br>Jameson R. Jones<br>Daniel R. Brody<br>BARTLIT BECK LLP<br>1801 Wewatta Street<br>Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Facsimile: (303) 592-3140<br>E-mail: jameson.jones@bartlitbeck.com<br>E-mail: dan.brody@bartlitbeck.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Tel: (415) 391-0600<br>Fax: (415) 395-8095<br>E-mail: Steven.Bauer@lw.com<br>E-mail: Margaret.Tough@lw.com |
| Defendant-Appellant American Petroleum Institute | Anthony J. Zarillo, Jr.<br>Jeffrey M. Beyer<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Telephone: 973.538.0800<br>Facsimile: 973.451.8343<br>E-mail: azarillo@riker.com<br>E-mail: jbeyer@riker.com |

| | |
|---|---|
| | Andrew G. McBride<br>MCGUIREWOODS LLP<br>2001 K Street N.W.<br>Suite 400<br>Washington, DC 20006-1040<br>Telephone: 202.857.2487<br>Facsimile: 202.828.2987<br>E-mail: amcbride@mcguirewoods.com<br><br>Brian D. Schmalzbach<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: 804.775.4746<br>Facsimile: 804.698.2304<br>E-mail: schmalzbach@mcguirewoods.com<br><br>Kathryn M. Barber, *pro hac vice*<br>MCGUIREWOODS LLP<br>kbarber@mcguirewoods.com<br>800 East Canal Street<br>Richmond, VA 23219<br>Telephone: 804.775.1227<br>Facsimile: 804.698.2227 |
| Defendants-Appellants Phillips 66 and Phillips 66 Company | Anthony P. Callaghan<br>Thomas R. Valen<br>Sylvia-Rebecca Gutiérrez<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545<br>E-mail: acallaghan@gibbonslaw.com<br>E-mail: tvalen@gibbonslaw.com<br>E-mail: sgutierrez@gibbonslaw.com<br><br>Steven M. Bauer<br>Margaret A. Tough<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: steven.bauer@lw.com<br>E-mail: margaret.tough@lw.com |