UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2728
_____

CITY OF HOBOKEN

v.

CHEVRON CORPORATION; CHEVRON U.S.A. INC.; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL PLC; BP P.L.C.; BP AMERICA, INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; AMERICAN PETROLEUM INSTITUTE; SHELL USA,
Appellants.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:20-cv-14243)
District Judge: Honorable John M. Vazquez

_____

Argued: June 21, 2022

Before: McKEE, RESTREPO, and BIBAS, *Circuit Judges*

_____

JUDGMENT
_____

    This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on June 21, 2022.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on September 8, 2021, is hereby **AFFIRMED.** Costs will be taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  August 17, 2022